FILED
HARRISBURG, PA
APR 26 2024
PER_____ JAL
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TERRALYN SEILKOP,<br><br>Plaintiffs,<br><br>v.<br><br>INSIGHT GLOBAL LLC,<br><br>Defendant. | FILED *EX PARTE* UNDER SEAL<br><br>Civil No. 1:21-CV-1335<br><br>(Judge Wilson) |

## UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND PARTIALLY DECLINE TO INTERVENE, AND REQUEST FOR PARTIAL UNSEALING

In this *qui tam* case brought under the False Claims Act, 31 U.S.C. §§ 3729-33, the United States of America ("United States"), the defendant ("Defendant"), and the relator ("Relator") have entered into a written settlement agreement dated April 25, 2024 (the "Settlement Agreement").

Pursuant to 31 U.S.C. §§ 3730(b)(2) and (4)(A), the United States hereby notifies the Court that the United States elects to partially intervene in this case with respect to claims for the "Covered Conduct," as that term is defined in the Settlement Agreement. Pursuant to 31 U.S.C. §§ 3730(b)(2) and 4(B), the United States hereby notifies the Court

that the United States declines to intervene as to claims that are not for the Covered Conduct defined in the Settlement Agreement.

The United States is partially intervening for the purpose of effectuating the Settlement Agreement. The Settlement Agreement requires Defendant to make full payment within 15 business days. Once Defendant has made full payment, the Parties shall promptly sign and file a Joint Stipulation of Dismissal of the Civil Action with prejudice to Relator, with prejudice to the United States as to the Covered Conduct, and otherwise without prejudice to the United States.

**Request for Partial Unsealing**

Pursuant to 31 U.S.C. § 3730(b)(3), the United States requests that the following documents be unsealed:

1. Relator's Complaint;

2. This Notice; and

3. the Proposed Order filed concurrently herewith.

The United States further requests that all other papers filed to date in this action remain permanently under seal, because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation, and, thereby,

evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Atty. General
Civil Division

GERARD M. KARAM
United States Attorney
Middle District of Pennsylvania

*s/Tamara J. Haken*
TAMARA J. HAKEN
Assistant United States Attorney
United States Attorney's Office
1501 6th Street, Box 202
Harrisburg, PA 17102
717-614-4904
Tamara.Haken@usdoj.gov

JAMIE ANN YAVELBERG
EDWARD C. CROOKE
ALBERT P. MAYER
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC  20044
(202) 532-5662
Albert.P.Mayer@usdoj.gov

DATE: April 26, 2024

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TERRALYN SEILKOP, <br><br> Plaintiffs <br><br> v. <br><br> INSIGHT GLOBAL LLC, <br><br> Defendant. | FILED *EX PARTE* UNDER SEAL <br><br> Civil No. 1:21-CV-1335 <br><br> (Judge Wilson) |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers. That on April 26, 2024, she served a copy of the attached

## UNITED STATES' NOTICE OF ELECTION TO PARTIALLY INTERVENE AND PARTIALLY DECLINE TO INTERVENE, AND REQUEST FOR PARTIAL UNSEALING

by placing said copy in a postpaid envelope addressed to the persons hereinafter named:

Regina D. Poserina, Esquire
Kreindler & Associates
2320 Rte 70 W, Ste 2
Cherry Hill, NJ 08002

                                          *s/Brittany Murdoch*
                                          BRITTANY MURDOCH
                                          Legal Administrative Specialist